

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMP:JAM/CRH/JGH                                        *271 Cadman Plaza East*
F. #2020R00515                                         *Brooklyn, New York 11201*

June 16, 2020

<u>By ECF</u>

Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

    Re: <u>In re: Grand Jury Subpoena to [Redacted]</u>, No. 20-MC-1327 (JO)

Dear Judge Orenstein:

    The government writes to respectfully withdraw the application for a non-disclosure order associated with a grand jury subpoena in the above-captioned matter.  The subpoena at issue is related to a rapidly developing counter-terrorism investigation.  Following the submission of the application on Friday morning, additional facts in the investigation developed that have led the government to conclude that a non-disclosure order is no longer required, and the government has no objection to the recipient of the grand jury subpoena notifying the customer or subscriber of the government's subpoena.  Accordingly, the government's application is hereby withdrawn.

        Respectfully submitted,

        RICHARD P. DONOGHUE
        United States Attorney

By:        
        Artie McConnell
        Craig R. Heeren
        Joshua G. Hafetz
        Assistant U.S. Attorneys
        (718) 254-7000